213 WEST 35TH STREET, INC., Landlord, Respondent, *v.* ADOLPH RUFF, Tenant, Appellant.

Supreme Court, Appellate Term, First Department, July 12, 1934.

*Benjamin B. Mittler*, for the appellant.

*Maurice A. Haas* [*Benjamin Machinist* of counsel], for the respondent.

PER CURIAM. In this proceeding to dispossess a monthly tenant holding over his term service of a notice by registered mail was not a compliance with the requirements of the statute (Laws of 1882, chap. 303, § 1, as amd. by Laws of 1920, chap. 209).

Final order reversed, with thirty dollars costs, and final order directed for the tenant, with costs.

All concur; present, CALLAHAN, FRANKENTHALER and SHIENTAG, JJ.